UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL KNUDSEN,

        Plaintiff,

    v.

BMW OF NORTH AMERICA, LLC, a
Delaware corporation; LITHIA OF
SEATTLE, INC dba BMW SEATTLE, a
Washington corporation; and DOES 1 to 10,

        Defendants.

Case No.:  2:22-cv-00733-RSM

ORDER RE: STIPULATION OF
PARTIES TO PLACE CASE BACK
INTO ACTIVE STATUS, AND TO SET
NEW DATES FOR EXCHANGE OF
INITIAL DISCLOSURES AND FILING
THE JOINT STATUS REPORT

## RECITALS

WHEREAS, the parties believed they reached a settlement of this matter in principle;

WHEREAS, in light of the impending settlement, and to avoid the unnecessary expenses and costs associated with preparing Initial Disclosures and the Joint Status Report, the parties stipulated to advise the Court of the believed settlement in principle through the filing of the Notice of Settlement of All Claims Against All Parties;

WHEREAS, after arriving at the believed settlement in principle, the parties now dispute whether a settlement was reached;

WHEREAS, the parties now desire that this matter be placed back into active status, and that the Court set new dates, within the next 30 days, for the exchange of Initial Disclosure and the filing of the Joint Status Report.

ORDER RE: STIPULATION OF PARTIES TO PLACE CASE BACK INTO
ACTIVE STATUS, AND TO SET NEW DATES FOR EXCHANGE OF INITIAL
DISCLOSURES AND FILING THE JOINT STATUS REPORT

1

2                                    STIPULATION OF PARTIES

3              NOW, THEREFORE, in consideration of the recitals above, the parties, by and through

4     their counsel of record, stipulate as follows:

5              1.       That the Court may place this matter bac on active status (as opposed to closed

      status); and,

6              2.       That the Court may set new dates, within thirty days, for the parties' exchange of

7     Initial Disclosures and the filing of the Join Status Report.

8

9              SO STIPULATED this 22nd day of August 2022.

10    SAGE LAW GROUP, LLP                       STOKES LAWRENCE, P.S.

11    /s/ *David N. Ruben*                       /s/ *Rachael R. Wallace*
      David N. Ruben, WSBA #55248              John T. Fetters, WSBA #40800
12    5124 86th Ave NW                          Rachael R. Wallace, WSBA #49778
      Gig Harbor, WA 98335-6168                 1420 Fifth Avenue, Suite 3000
13    Tel: 310-871-1799                         Seattle, WA 98101
      david@sagelawgroupllp.com                 Tel: 206-626-6000
14                                               john.fetters@stokeslaw.com
      *Attorneys for Plaintiff Daniel Knudsen*   rachael.wallace@stokeslaw.com

15                                              *Attorneys for Defendant BMW of North America,*
16                                              *LLC*

17    HOLT, WOODS & SCISCIANI, LLP

18    /s/ *Anthony Scisciani*
      Anthony Scisciani, WSBA #32342
19    701 Pike St. Ste 2200
      Seattle, WA 98101-2358
20    Tel: 206-262-1200
      ascisciani@hwslawgroup.com

21    *Attorneys for Defendant BMW of Seattle*

22

      ORDER RE: STIPULATION OF PARTIES TO PLACE CASE BACK INTO
      ACTIVE STATUS, AND TO SET NEW DATES FOR EXCHANGE OF INITIAL
      DISCLOSURES AND FILING THE JOINT STATUS REPORT

1

2    Based upon the Stipulation of Parties to Place Case Back into Active Status and to Set New

3  Dates for Exchange of Initial Disclosures and Filing the Joint Status Report, Dkt. #20, it is hereby

4  **ORDERED** that this matter be placed back into active status, and that new dates be set, within the

   next 30 days, for the exchange of Initial Disclosure and filing of the Joint Status Report. Plaintiff's

5  Motions to reset these same dates, Dkts. #18 and #19, are DENIED AS MOOT.

6

7    DATE this 23rd day of August, 2022.

8

9

10   RICARDO S. MARTINEZ
     CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

ORDER RE: STIPULATION OF PARTIES TO PLACE CASE BACK INTO
ACTIVE STATUS, AND TO SET NEW DATES FOR EXCHANGE OF INITIAL
DISCLOSURES AND FILING THE JOINT STATUS REPORT