UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL KNUDSEN,<br><br>       Plaintiff,<br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware corporation; LITHIA OF SEATTLE, INC dba BMW SEATTLE, a Washington corporation; and DOES 1 to 10,<br><br>       Defendants. | CAUSE NO. 2:22-CV-00733-RSM<br><br>NOTICE OF APPEARANCE<br><br>*[CLERK'S ACTION REQUIRED]* |

**TO:**     **CLERK OF THE COURT; AND**

**TO:**     **ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE THAT that Shaun G. Campbell of HOLT WOODS & SCISCIANI LLP, 701 Pike Street, Suite 2200, Seattle, WA 98101, hereby appears on behalf of **Defendant LITHIA OF SEATTLE DBA BMW SEATTLE** in association with Anthony R. Scisciani III of HOLT WOODS & SCISCIANI LLP, 701 Pike Street, Suite 2200, Seattle, WA 98101. We request that service of all papers and pleading herein, except writs of original process, be made upon all attorneys for said Defendant. This appearance is made without waiving any defenses previously asserted, cross-claims, counterclaims, or third-party claims.

//

//

NOTICE OF APPEARANCE
(CAUSE NO. 2:22-CV-00733-RSM) – Page 1

**HOLT WOODS & SCISCIANI LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

DATED this 23rd day of August, 2022.

        HOLT WOODS & SCISCIANI LLP

        By */s/ Anthony R. Scisciani*
        By */s/ Shaun G. Campbell*
          Anthony R. Scisciani III, WSBA No. 32342
          ascisciani@hwslawgroup.com
          Shaun G. Campbell, WSBA No. 47863
          scampbell@hwslawgroup.com
          701 Pike Street, Suite 2200
          Seattle, WA 98101
          (206) 262-1200
        Attorneys for Lithia of Seattle, Inc. dba BMW Seattle

NOTICE OF APPEARANCE
(CAUSE NO. 2:22-CV-00733-RSM) – Page 2

HOLT WOODS & SCISCIANI LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

I am employed by the law firm of Holt Woods & Scisciani LLP.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO / Plaintiff**<br>Matthew R. Brady<br>CTM Legal Group<br>705 Second Avenue, Suite 1300<br>Seattle, WA 98104 | ☐ Via U.S. Mail<br>☒ Via E-Mail<br>☐ Via Facsimile<br>☐ Via Overnight Mail<br>☒ Via CM/ECF E-Service<br>Matt.brady@ctmlegalgroup.com |
| **CO / Plaintiff**<br>David N. Ruben<br>Sage Law Group LLP<br>1201 Pacific Avenue, 6th Floor<br>Tacoma, WA 98402 | ☐ Via U.S. Mail<br>☒ Via E-Mail<br>☐ Via Facsimile<br>☐ Via Overnight Mail<br>☒ Via CM/ECF E-Service<br>david@sagelawgroupllp.com |
| **CO / Co-Defendant BMW of North America, LLC**<br>John T. Fetters<br>Rachael R. Wallace<br>Stokes Lawrence, P.S.<br>1420 Fifth Avenue, Suite 3000<br>Seattle, WA 98101-2393 | ☐ Via U.S. Mail<br>☒ Via E-Mail<br>☐ Via Facsimile<br>☐ Via Overnight Mail<br>☒ Via CM/ECF E-Service<br>John.fetters@stokeslaw.com<br>Rachael.Wallace@stokeslaw.com |

DATED this 23rd day of August, 2022.

/s/ Jessica Heath
Jessica Heath, Legal Assistant/Paralegal

NOTICE OF APPEARANCE
(CAUSE NO. 2:22-CV-00733-RSM) – Page 3

HOLT WOODS & SCISCIANI LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065