JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL KNUDSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware corporation; LITHIA OF SEATTLE, INC. dba BMW SEATTLE, a Washington corporation; and DOES 1 to 10<br><br>    Defendants. | Case No.: 2:22-cv-00733-RSM<br><br>ORDER RE DISMISSAL |

The Court having reviewed the STIPULATION OF PARTIES FOR ORDERS 1) DISMISSING CASE WITH PREJUDICE, AND 2) RETAINING JURISDICTION TO ENFORCE SETTLEMENT, IF NECESSARY, and good cause appearing therefore, rules as follows.

IT IS ORDERED,

1. That this action is dismissed with prejudice, without payment of fees or costs to any party;

2. That this matter is closed, and;

3. That in the event settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within sixty (60) days of the date of this order.

DATED this 14th day of November, 2022.

                                                                         RICARDO S. MARTINEZ
                                                                         UNITED STATES DISTRICT JUDGE